IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AARON GARRETT, as Personal
Representative of the Estate of
Jenae A. Lucero, deceased,

      Plaintiff,

vs.                                    Civ. No. 21-673 RB/SCY

JAMES DELANEY,

      Defendant.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on September 21, 2021 the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 9), filed on September 8, 2021 and adopted it as modified by the dates and discovery parameters provided in the Court's Scheduling Order filed concurrently with this Order.

_____
UNITED STATES MAGISTRATE JUDGE